IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTTV, INC., | | |
| | Plaintiff, | CIV-S-03-0948 GEB GGH PS |
| | vs. | |
| JESSE ABUNDEZ, et al., | | |
| | Defendants. | ORDER TO SHOW CAUSE |

This action is before the undersigned pursuant to Local Rule 72-302(c)(21). On April 20, 2005, the undersigned ordered that a joint status report be filed by May 13, 2005. On May 13, 2005, plaintiff's counsel filed a status report with an accompanying declaration explaining that its efforts to reach defendant[1] for the purpose of filing a joint status report were unavailing. To date, defendant has failed to file a status report or otherwise communicate to the court his reason for failing to do so.

\\\\\

\\\\\

---

[1] "Defendant" refers to Peter Cao, the only remaining defendant in this case. On September 9, 2003, the court entered default judgment against the named defendant, Jess Abundez, and defendants Dave Alvarez and Brad Hudson.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  Defendant shall show cause, in writing, within ten days from the date of this

3 order, why he has failed to participate in the joint status report.

4 DATED: 6/20/05

5  /s/ Gregory G. Hollows

6  _____
   GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

7 GGH:mb
DirectTV0948.osc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26