IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTTV, INC.,

    Plaintiff,                        No. CIV-S-03-0948 GEB GGH PS

JESSE ABUNDEZ, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On June 20, 2005, the undersigned ordered defendant Peter Cao to show cause, in writing, 10 days from the date of that order, why he has failed to participate in the joint status report. To date, defendant has failed to do so.

        Accordingly, IT IS ORDERED that defendant show cause within 10 days of this order why his answer should not be stricken, and judgment entered for plaintiff.

DATED: 8/17/05

                                    /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:mb
directTV0948.ord

1