1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DIRECTV INC.,

11          Plaintiffs,                    No. CIV S-03-0948 GEB GGH PS

12       vs.

13   JESSE ABUNDEZ, et al.,

14          Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed August 18, 2005, defendant, Peter Cao, was ordered to show cause,

17   within ten days, why his answer should not be stricken and judgment entered for plaintiff.  The

18   ten day period has now expired, and defendant has not shown cause or otherwise responded to

19   the court's order.

20          IT IS HEREBY RECOMMENDED that the defendant Cao's answer be stricken,

21   and judgment be entered for plaintiff.

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED: 10/19/05

/s/ Gregory G. Hollows

4   _____

GREGORY G. HOLLOWS
5   UNITED STATES MAGISTRATE JUDGE

GGH:mb
6   DirectTV948.fsc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26